UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE 1 and JANE DOE 2,**<br>　　　　**Plaintiffs,**<br>**v.**<br>**ESTATE OF JEFFREY EPSTEIN;**<br>**SUE ROE; and ROES 2-10,**<br>　　　　**Defendants.** | CASE NO. 1:19-cv-07675-GBD<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF COLLEEN M. MULLEN |

　　　　Pursuant to Rule 1.3(c) of the Local Rules of the Southern District of New York, Colleen M. Mullen hereby respectfully moves this Court for an order for admission to appear *pro hac vice* as counsel for Plaintiffs Jane Doe 1 and Jane Doe 2 in the instant action.

　　　　Ms. Mullen is in good standing of the bar of the state of California and there are no pending disciplinary proceedings against her in any state or federal court.  She has never been convicted of a felony.  She has never been censured, suspended, disbarred or denied admission or readmission by any court.  Ms. Mullen's affidavit and certificate of standing dated October 23, 2019 is attached.

　　　　Respectfully submitted,

　　　　The Bloom Firm

　　　　*/s/ Colleen M. Mullen*
　　　　Colleen M. Mullen

　　　　The Bloom Firm
　　　　2700 Ventura Blvd. Ste. 301
　　　　Woodland Hills, CA 91364
　　　　Colleen@TheBloomFirm.com
　　　　(818) 914-7325