UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE 1 and JANE DOE 2,

                    Plaintiffs,

    -against-

ESTATE OF JEFFREY EPSTEIN, SUE ROE, and
ROES 2-10,

                    Defendants.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19 Civ. 7675 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute:<br><br>*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | __ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| __ | Settlement | __ | Habeas Corpus |
| __ | Inquest After Default/Damages Hearing | __ | Social Security |
| | | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>All such motions:___ |

Dated: New York, New York
       November 15, 2019

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge