Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman com

**troutman**
**sanders**

Bennet J. Moskowitz
bennet.moskowitz@troutman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED   DEC 0 9 2019

SO ORDERED

[DEC 0 9 2019] The initial conference is
adjourned from December 10,
2019 to February 12. 2020 at
10:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

December 9, 2019

ECF

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Jane Doe 1 and Jane Doe 2 v. Estate of Jeffrey Epstein, et al.*, 1:19-cv-07675-GBD

Dear Judge Daniels:

We represent Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, "Defendants"), named herein as "Estate of Jeffrey Epstein," in the referenced action.  We write to respectfully request that the Court adjourn the initial case conference currently scheduled for December 10, 2019 at 10:00am.

The parties were originally scheduled to appear before Your Honor for an initial pretrial conference on September 18, 2019.  Before Plaintiffs served Defendants, the Court adjourned the initial pretrial conference to October 17, 2019 at Plaintiffs' request.  On September 26, 2019, at Plaintiffs and Defendants' request, the Court further adjourned conference to December 10.

Subsequently, this case was referred to Magistrate Judge Debra C. Freeman who held an initial status conference on November 21, 2019.  During that conference Judge Freeman ordered the parties to file a status report by January 10, 2020.

The parties believe the initial pretrial conference scheduled for tomorrow is unnecessary at this juncture both because they are currently scheduled to report to Magistrate Freeman on January 10, 2020 and because the parties have not finished briefing, and the Court has not decided, Defendants' Motion to Dismiss filed on December, 6 2019.  Plaintiffs consent to this request.

Thank you for your attention to this matter.

December 9, 2019
Page 2

troutman
sanders

Respectfully submitted,

_s/Bennet J. Moskowitz_
Bennet J. Moskowitz

40759801v2