

**VIA ECF**

January 10, 2020

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Jane Doe 1, et al. v. Estate of Jeffrey Epstein*, 1:19-cv-07675-GBD
            Status Report

Dear Judge Freeman:

    We represent the Plaintiffs in the above-referenced matter and write jointly on behalf of counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, to inform the Court of the status of the case in accordance with the Court's Order of November 21, 2019.

    On January 2, 2020, the Court so Ordered the Plaintiffs and Co-Executors' stipulation staying this action and so Ordered the Defendants' Motion to Dismiss, filed on December 6, 2019, withdrawn without prejudice (ECF #36). On January 8, 2020, the Court so Ordered that the Co-Executors have 30 days from after the lifting of the stay, if any, to answer, move, or otherwise respond to Plaintiffs' First Amended Complaint (ECF #38).

    Respectfully submitted,

    /s/ Arick Fudali

    Arick Fudali
    Attorneys for Plaintiffs