# THE BLOOMFIRM
*Attorneys at Law*

**VIA ECF**

August 14, 2020

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Jane Doe 1, et al. v. Estate of Jeffrey Epstein*, 1:19-cv-07675-GBD
            Status Report

Dear Judge Freeman:

    We represent the Plaintiffs in the above-referenced matter and write jointly on behalf of counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, to inform the Court of the status of the case in accordance with the Court's Order on June 17, 2020.

    On January 3, 2020, the Court so Ordered the Plaintiffs and Co-Executors' stipulation staying this action and so Ordered the Defendants' Motion to Dismiss, filed on December 6, 2019, withdrawn without prejudice (ECF #36). After several amendments to the operative complaint to include additional Plaintiffs, on June 17, 2020, the Court so Ordered that the Co-Executors have 30 days from after the lifting of the stay, if any, to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint (ECF #44).

    On June 25, 2020, and in accordance with past communications with counsel for Defendants and representations to this Court regarding a settlement program, the Epstein Victims' Compensation Program ("VCP") began accepting claims through an online claimant portal. The parties have been working together in good faith to finalize protocols governing the VCP. The protocols were approved and authorized by the Court in the Virgin Islands overseeing the probate of Decedent Jeffrey Epstein's Estate on or about June 2, 2020. *In the Matter of the Estate of Jeffrey E. Epstein*, Probate No. St-19-PB-80. The program will remain open and continue accepting claims from victims of Epstein until March 25, 2021.

    //

    //

      Plaintiffs Jane Does 1-6 are presently participating in and submitting claims through the non-adversarial compensation program in good faith. All parties agree that this matter should remain stayed (in conjunction with this Court's order on January 3, 2020) pending Plaintiffs' participation in the compensation program. Should Plaintiffs resolve their claims against Defendant(s) via the Program, Plaintiffs will promptly discontinue this action.

      Respectfully submitted,

Date: August 14, 2020　　　　　　　　　　　　　/s/ Arick Fudali  
　　　　　　　　　　　　　　　　　　　　　　　Arick Fudali  
　　　　　　　　　　　　　　　　　　　　　　　The Bloom Firm  
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Date: August 14, 2020　　　　　　　　　　　　　/s/ Bennet J. Moskowitz  
　　　　　　　　　　　　　　　　　　　　　　　Bennet J. Moskowitz  
　　　　　　　　　　　　　　　　　　　　　　　Troutman Sanders LLP  
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants