**VIA ECF**

December 1, 2020

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Jane Doe 1, et al. v. Estate of Jeffrey Epstein*, 1:19-cv-07675-GBD
             Status Report

Dear Judge Freeman:

    We represent the Plaintiffs in the above-referenced matter and write jointly on behalf of counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, to inform the Court of the status of the case in accordance with the Court's Order on September 4, 2020 (ECF #48).

    Plaintiffs Jane Does 1-6 are presently participating in and submitting claims through the non-adversarial, Epstein Victims' Compensation Program ("Program") in good faith. Jane Doe 1 and Jane Doe 6 have tentatively resolved their claims against the Estate, after which they will file dismissals as agreed upon in the confidential settlement. Jane Doe 3 has submitted her claim and is waiting resolution. Jane Does 2, 4, and 5 will file their claims in the upcoming weeks. All parties agree that this matter should remain stayed (in conjunction with this Court's order on January 3, 2020) pending Plaintiffs' participation in the compensation program.

    Respectfully submitted,

Date: December 1, 2020                                       /s/ Arick Fudali
                                                                   Arick Fudali
                                                                   The Bloom Firm
                                                                   Attorneys for Plaintiffs

Date: December 1, 2020                                       /s/ Bennet J. Moscowitz
                                                                   Bennet J. Moskowitz
                                                                   Troutman Pepper Hamilton
                                                                   Sanders LLP
                                                                   Attorneys for Defendants