UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5; and JANE DOE 6,**<br><br>Plaintiffs,<br><br>v.<br><br>**DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as co-executors of THE ESTATE OF JEFFREY E. EPSTEIN; ESTATE OF JEFFREY E. EPSTEIN and ROES 2-10,**<br><br>Defendants. | Case No. 1:19-cv-07675-GBD<br><br>**Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Jane Doe 6 and their counsel, The Bloom Firm, hereby give notice that Plaintiff Jane Doe 6's claims are voluntarily dismissed with prejudice against defendants Estate of Jeffrey E. Epstein, Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of The Estate of Jeffrey E. Epstein, and Roes 2-10.

///

///

///

1

    Only Jane Doe 6 is dismissing her claims. This dismissal does not affect the claims of the other Plaintiffs in this matter.

DATED: December 3, 2020

                                            Respectfully submitted,
                                            **THE BLOOM FIRM**

                                    By:   /s/ Arick Fudali
                                                      Lisa Bloom
                                                      Arick Fudali
                                                      Colleen M. Mullen, *pro hac vice*
                                                      Teri A. Gibbs, *pro hac vice*
                                                      Attorneys for Plaintiffs
                                                      85 Delancey St.
                                                      New York, NY 10002
                                                      (818) 914-7397