# THE BLOOMFIRM
*Attorneys at Law*

**VIA ECF**

February 1, 2021

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Jane Doe 1, et al. v. Estate of Jeffrey Epstein*, 1:19-cv-07675-GBD
            Status Report

Dear Judge Freeman:

     We represent the Plaintiffs in the above-referenced matter and write jointly on behalf of counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein ("Defendants"), to inform the Court of the status of the case in accordance with the Court's Order on September 4, 2020 (ECF #48).

///

///

///

As stated in the December 31, 2020, joint status report, Plaintiff Jane Doe 6 resolved her individual claims against the Estate through the Epstein Victims' Compensation Program ("Program") and voluntarily dismissed her individual claims with prejudice against Defendants on December 3, 2020.

Plaintiff Jane Doe 1 resolved her individual claims against the Program and voluntarily dismissed her individual claims with prejudice against Defendants on January 6, 2020.

Plaintiffs Jane Does 2-5 and 7 are presently participating in and submitting claims through the Program in good faith. Plaintiffs Jane Does 2, 3, and 4 submitted their claims and are waiting resolution. Jane Does 5 and 7 will file their claims shortly.

All parties agree that this matter should remain stayed (in conjunction with this Court's order on January 3, 2020) pending Plaintiffs' participation in the Program.

Respectfully submitted,

Date: February 1, 2021               /s/ Arick Fudali
                                     Arick Fudali
                                     The Bloom Firm
                                     Attorneys for Plaintiffs


Date: February 1, 2021               /s/ Bennet J. Moskowitz
                                     Bennet J. Moskowitz
                                     Troutman Pepper Hamilton
                                     Sanders LLP
                                     Attorneys for Defendants