UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3; JANE DOE 4; JANE DOE 5; JANE DOE 7; and JANE DOE 8,<br><br>Plaintiffs,<br><br>v.<br><br>DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as co-executors of THE ESTATE OF JEFFREY E. EPSTEIN; ESTATE OF JEFFREY E. EPSTEIN and ROES 2-10 Defendants. | CASE NO. 1:19-cv-07675-GBD<br><br>NOTICE OF MOTION TO WITHDRAW APPEARANCE OF TERI A. GIBBS |

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby requested that the appearance of Teri A. Gibbs be withdrawn as counsel for Plaintiffs in this matter as Ms. Gibbs' employment with The Bloom Firm, which represents the Plaintiffs, concluded on March 23, 2021. Plaintiffs will continue to be represented by Arick Fudali and Lisa Bloom of The Bloom Firm. Ms. Gibbs is not retaining or charging a lien, and it is not anticipated that the withdrawal of Ms. Gibbs as counsel will cause any disruption in this matter.

Dated: March 23, 2021

Respectfully submitted,

The Bloom Firm

/s/ Arick Fudali
Arick Fudali
Attorneys for Plaintiffs

1

CERTIFICATE OF SERVICE

I hereby certify that on this 24th of March 2021, the foregoing Notice of Motion to Withdraw Appearance of Teri A. Gibbs was served on all counsel of record via ECF.

/s/ Arick Fudali
Arick Fudali