UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3; JANE DOE 4; JANE DOE 5; JANE DOE 7; and JANE DOE 8,<br><br>Plaintiffs,<br><br>v.<br><br>DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as co-executors of THE ESTATE OF JEFFREY E. EPSTEIN; ESTATE OF JEFFREY E. EPSTEIN and ROES 2-10 Defendants. | CASE NO. 1:19-cv-07675-GBD<br><br>DECLARATION OF ARICK FUDALI IN SUPPORT OF MOTION TO WITHDRAW OF APPEARANCE OF TERI A. GIBBS |

I, Arick Fudali, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of the motion seeking leave to withdraw Teri A. Gibbs as counsel for Plaintiffs in above-captioned matter.

2. I am the managing attorney of The Bloom Firm, which was retained to represent Plaintiffs in this matter.

3. Ms. Gibbs, a former associate at The Bloom Firm, appeared as counsel *pro hac vice* for Plaintiffs.

4. Ms. Gibbs is no longer employed by The Bloom Firm and therefore will no longer be representing the Plaintiffs in this matter.

5. The clients have been informed of and consent to the withdrawal of Ms. Gibbs as one of the attorneys in this matter.

1

6. Lisa Bloom and I will continue to represent the Plaintiffs as counsel of records in this matter.

7. Ms. Gibbs is not retaining or charging a lien, and it is not anticipated that the withdrawal of Ms. Gibbs as counsel will cause any disruption in this matter.

Dated: March 23, 2021

Respectfully submitted,

The Bloom Firm

/s/ Arick Fudali
Arick Fudali
Attorneys for Plaintiffs