# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE 3; JANE DOE 4; JANE DOE 5; JANE DOE 7; and JANE DOE 8,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as co-executors of THE ESTATE OF JEFFREY E. EPSTEIN; ESTATE OF JEFFREY E. EPSTEIN and ROES 2-10,**<br><br>　　　　Defendants. | Case No. 1:19-cv-07675-GBD<br><br>**Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

　　　　Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Jane Doe 8 and her counsel, The Bloom Firm, hereby give notice that Plaintiff Jane Doe 8's claims are voluntarily dismissed, with prejudice against defendants Estate of Jeffrey E. Epstein, Darren K. Indyke, Richard D. Kahn, in their capacities as co-executors of The Estate of Jeffrey E. Epstein and Roes 2-10.

///

///

///

    Only Jane Doe 8 is dismissing her claims. This dismissal does not affect the claims of the other Plaintiffs in this matter. On December 2, 2020, Plaintiff Jane Doe 6 voluntarily dismissed her claims against Defendants in the above-captioned matter. On January 6, 2021, Plaintiff Jane Doe 1 voluntarily dismissed her claims against Defendants in the above-captioned matter. On March 9, 2021, Jane Doe 2 voluntarily dismissed her claims against Defendants in the above-captioned matter.

DATED: April 19, 2021                      Respectfully submitted,

                                                           **THE BLOOM FIRM**

                                                           /s/ Arick Fudali  
                                                           Lisa Bloom  
                                                           Arick Fudali  
                                                           Attorneys for Plaintiffs  
                                                           85 Delancey St.,  
                                                           New York, NY 10002  
                                                           (818) 914-7397