UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 3; JANE DOE 4; JANE DOE 5; JANE DOE 7; and JANE DOE 8,<br><br>Plaintiffs,<br><br>v.<br><br>DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as co-executors of THE ESTATE OF JEFFREY E. EPSTEIN; ESTATE OF JEFFREY E. EPSTEIN and ROES 2-10 Defendants. | CASE NO. 1:19-cv-07675-GBD<br><br>[PROPOSED] ORDER TERMINATING APPEARANCE OF TERI A. GIBBS |

**WHEREAS**, the Court has reviewed the motion seeking leave to withdraw the appearance of Teri A. Gibbs as an attorney of records for Plaintiffs in this matter, as well as the declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Teri A. Gibbs in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the clerk of Court shall remove Ms. Gibbs from the docket sheet in this matter.

**IT IS ORDERED.**

Dated: April ___ 2021
New York, New York

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1