

**VIA ECF**

May 3, 2021

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Jane Doe 1, et al. v. Estate of Jeffrey Epstein*, 1:19-cv-07675-GBD
Status Report

Dear Judge Freeman:

We represent the Plaintiffs in the above-referenced matter and write jointly on behalf of counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein ("Defendants"), to inform the Court of the status of the case in accordance with the Court's Order on September 4, 2020 (ECF #48).

As stated in the February 1, 2021, joint status report, Plaintiff Jane Doe 6 resolved her individual claims against the Estate through the Epstein Victims' Compensation Program ("Program") and voluntarily dismissed her individual claims with prejudice against Defendants on December 3, 2020.

Plaintiff Jane Doe 1 resolved her individual claims against the Estate through the Program and voluntarily dismissed her individual claims with prejudice against Defendants on January 6, 2021. Plaintiff Jane Doe 2 resolved her individual claims against the Estate through the Program and voluntarily dismissed her individual claims with prejudice on March 9, 2021.

On January 29, 2021, the Program determined Jane Doe 3 was not eligible to receive compensation from the Program. Jane Doe 3 then submitted supplemental evidence in support and is awaiting a final determination on her claims.

Plaintiff Jane Doe 5 has recently received determination letter from the Program and is working towards resolution of her claims.

Plaintiff Jane Does 4 and 7 were deemed ineligible to receive compensation via the Program.

Plaintiff Jane Doe 8 resolved her individual claims against the Estate through the Program and voluntarily dismissed her individual claims with prejudice on April 19, 2021.

Our attorneys are admitted to practice law in California, New York and Florida
26565 Agoura Rd., Suite 200| Calabasas | CA | 91302 | Office: (818) 914-7397 | Fax: (818) 884-8079 | TheBloomFirm.com

All parties agree that this matter should remain stayed (in conjunction with this Court's order on January 3, 2020) pending Plaintiffs' participation in the Program.

Respectfully submitted,

Date: May 3, 2021                                    /s/ Arick Fudali
                                                     Arick Fudali
                                                     The Bloom Firm
                                                     Attorneys for Plaintiffs


Date: May 3, 2021                                    /s/ Bennet J. Moskowitz
                                                     Bennet J. Moskowitz
                                                     Troutman Pepper Hamilton
                                                     Sanders LLP
                                                     Attorneys for Defendants

Our attorneys are admitted to practice law in California, New York and Florida
26565 Agoura Rd., Suite 200| Calabasas | CA | 91302 | Office: (818) 914-7397 | Fax: (818) 884-8079 | TheBloomFirm.com