Case 1:19-cv-07675-GBD-DCF   Document 82   Filed 11/01/21   Page 1 of 1



Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

November 1, 2021

**VIA ECF**

The Honorable Debra C. Freeman
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    ***Jane Doe 1, et al. v. Darren K. Indyke and Richard D. Kahn, in their capacities as the Executors of the Estate of Jeffrey E. Epstein***, **1:19-cv-07675-GBD-DF**

Dear Judge Freeman:

    Pursuant to the Court's September 4, 2020 Order (ECF No. 48), Plaintiffs Jane Does 4 and 7 and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, jointly submit this status report.

    As previously reported to the Court, Jane Does 1, 2, 5, 6, and 8 have dismissed their claims with prejudice. (*See* orders of voluntary dismissal at ECF Nos. 54, 59, 65, 70, 75.) Jane Doe 3 has filed a voluntary dismissal, which is pending the Court's review. (*See* ECF No. 81.) The remaining Plaintiffs—Jane Does 4 and 7—are attempting to resolve their claims extrajudicially. Accordingly, to preserve the parties' resources and in the interest of judicial economy, the parties agree that this matter should remain stayed pursuant to the Court's January 3, 2020 Order (ECF No. 36). Should the parties resolve any of the remaining Plaintiff's claims through settlement, they will thereafter promptly inform the Court and request voluntary dismissal of those claims with prejudice.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)