UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 4 and JANE DOE 7<br>Plaintiffs,<br>v.<br>DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as co-executors of THE ESTATE OF JEFFREY E. EPSTEIN; ESTATE OF JEFFREY E. EPSTEIN and ROES 2-10,<br><br>Defendants. | Case No. 1:19-cv-07675-GBD<br><br>**Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Jane Doe 7 and her counsel, The Bloom Firm, hereby give notice that Plaintiff Jane Doe 7's claims are voluntarily dismissed, with prejudice against defendants Estate of Jeffrey E. Epstein, Darren K. Indyke, Richard D. Kahn, in their capacities as co-executors of The Estate of Jeffrey E. Epstein and Roes 2-10.

On December 2, 2020, Plaintiff Jane Doe 6 voluntarily dismissed her claims against Defendants in the above-captioned matter.

On January 6, 2021, Plaintiff Jane Doe 1 voluntarily dismissed her claims against Defendants in the above-captioned matter.

On March 9, 2021, Jane Doe 2 voluntarily dismissed her claims against Defendants in the above-captioned matter.

On April 19, 2021, Jane Doe 8 voluntarily dismissed her claims against Defendants in the above-captioned matter.

1

On June 7, 2021, Jane Doe 5 voluntarily dismissed her claims against Defendants in the above-captioned matter.

On November 1, 2021, Jane Doe 3 voluntarily dismissed her claims against Defendants in the above-captioned matter.

On December 6, 2021, Jane Doe 4 voluntarily dismissed her claims against Defendants in the above-captioned matter.

| | |
|---|---|
| DATED: December 6, 2021 | Respectfully submitted,<br>**THE BLOOM FIRM**<br><br>/s/ Arick Fudali<br>Lisa Bloom<br>Arick Fudali<br>Attorneys for Plaintiffs<br>85 Delancey St.,<br>New York, NY 10002<br>(818) 914-7397 |